# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> S. IBARRA, et al., <br><br> Defendants. | 1:14-cv-00009-AWI-BAM (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS <br><br> (ECF No. 17) |

Plaintiff Homer Earl Hawkins ("Plaintiff") is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The action was removed to this Court on January 2, 2014.

On October 17, 2014, the Magistrate Judge issued Findings and Recommendations that this action proceed on Plaintiff's complaint, originally filed on December 14, 2012, against Defendant S. Ibarra for excessive force in violation of the Eighth Amendment; Plaintiff's retaliation and Fourteenth Amendment claims be dismissed from this action; and Defendants Sweeney and the Doe Defendants be dismissed from this action. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days. (ECF No. 17.) More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on October 17, 2014, are adopted in full;
2. This action shall proceed on Plaintiff's complaint, originally filed on December 14, 2012, against Defendant S. Ibarra for excessive force in violation of the Eighth Amendment;
3. Plaintiff's retaliation and Fourteenth Amendment claims are dismissed from this action;
4. Defendant Sweeney and the Doe Defendants are dismissed from this action; and
5. Within twenty-one (21) days after service of this order, Defendant S. Ibarra shall file an answer or other responsive pleading to the complaint.

IT IS SO ORDERED.

Dated:   November 15, 2014                    _____
                                              SENIOR DISTRICT JUDGE

2