1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  HOMER EARL HAWKINS,                )   1:14-cv-00009-AWI-BAM (PC)
                                      )
10              Plaintiff,            )   ORDER ADOPTING FINDINGS AND
                                      )   RECOMMENDATIONS REGARDING
11        v.                          )   DENIAL OF PLAINTIFF'S MOTION FOR
                                      )   ENFORCEMENT OF COURT ORDERS
12  S. IBARRA, et al.,                )   AND AFFIRMATIVE RELIEF RELATED
                                      )   TO USE OF FORCE AND DISCIPLINARY
13              Defendants.           )   MEASURES
                                      )   (ECF Nos. 24, 26)
14                                    )
_____      )

15

16      Plaintiff Homer Earl Hawkins ("Plaintiff") is proceeding pro se in this civil rights action

17  filed pursuant to 42 U.S.C. § 1983.  The action was removed to this Court on January 2, 2014.

18      On April 14, 2014, the Magistrate Judge issued Findings and Recommendations that

19  Plaintiff's request for injunctive relief be denied.  The Findings and Recommendations were

20  served on the parties and contained notice that any objections were to be filed within fourteen

21  (14) days.  (ECF No. 26.)  More than fourteen days have passed and no objections have been

22  filed.

23      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

24  a de novo review of this case. Having carefully reviewed the entire file, the Court finds the

25  Findings and Recommendations to be supported by the record and by proper analysis.

26      Accordingly, IT IS HEREBY ORDERED that:

27      1.      The Findings and Recommendations, issued on April 14, 2015, are adopted in

28  full; and

    2.      Plaintiff's motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated: __July 6, 2015__             _____

                               SENIOR  DISTRICT  JUDGE