1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   HOMER EARL HAWKINS,                      )   1:14-cv-000009-AWI-BAM (PC)
                                            )
10              Plaintiff,                   )   ORDER TO RECAPTION CASE
                                            )
11        v.                                 )
                                            )
12   S. IBARRA, et al.,                      )
                                            )
13              Defendants.                  )
                                            )
14   _____   )

15        On November 17, 2014, the district judge dismissed Defendant D.P. Sweeney from this

16   action. Thus, the caption should reflect that this action only proceeds against Defendant S. Ibarra.

17        Accordingly, the caption for this case shall be as follows:

18   HOMER EARL HAWKINS,                      )   1:14-cv-000009-AWI-BAM (PC)
                                            )
19              Plaintiff,                   )
                                            )
20        v.                                 )
                                            )
21   S. IBARRA,                              )
                                            )
22              Defendant.                   )
                                            )
23   _____   )

24

25   IT IS SO ORDERED.

26      Dated:    **October 4, 2016**            ____/s/ *Barbara A. McAuliffe*____

27                                            UNITED STATES MAGISTRATE JUDGE

28