UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS,<br><br>Plaintiff<br><br>v.<br><br>S. IBARRA and D.P. SWEENEY,<br><br>Defendants | CASE NO. 1:14-CV-009 AWI BAM<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE BARBARA A. McAULIFFE IN LIGHT OF THE PARTIES' CONSENT |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On October 31, 2016, Plaintiff consented to Magistrate Judge Jurisdiction. See Doc. No. 48. On January 8, 2014, Defendants consented to Magistrate Judge Jurisdiction.[1] See Doc. No. 4. All parties to this action having voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, it is appropriate to reassign this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Barbara A. McAuliffe for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

---

[1] Defendant Sweeney was terminated from this case on November 17, 2014. See Doc. No. 18. Defendant Ibarra is the only remaining Defendant in this matter. See id.

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Barbara A. McAuliffe;

3. Any future hearing dates set before the undersigned are VACATED; and

4. The new case number shall be: 1:14-CV-009 BAM.

IT IS SO ORDERED.

Dated:   November 2, 2016                           _____
                                                    SENIOR  DISTRICT  JUDGE

2