# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS,<br><br>                    Plaintiff,<br><br>        v.<br><br>S. IBARRA,<br><br>                    Defendant. | Case No.  1:14-cv-00009-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO CONTINUE TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>(ECF No. 56) |

      Plaintiff Homer Earl Hawkins ("Plaintiff") is a state prisoner proceeding pro in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim against defendant S. Ibarra ("Defendant") for excessive force in violation of the Eighth Amendment. All parties have consented to magistrate judge jurisdiction. (ECF No. 4, 48.) A telephonic trial confirmation hearing is scheduled for March 22, 2017, and trial is scheduled for June 6, 2017.

      On February 17, 2017, Plaintiff filed document entitled "Request to Intervene into the Second Scheduling Order."  Plaintiff requests that the Court extend the telephonic trial confirmation hearing due to water damage at Plaintiff's institution which has precluded Plaintiff from preparing for the hearing. (ECF No. 56.)  The Court construes the request as a motion to continue the telephonic trial confirmation hearing.  The Court finds a response from Defendant regarding this motion to be necessary. Therefore, Defendant shall file a response to Plaintiff's motion by March 1, 2017.

1

Accordingly, the Court HEREBY ORDERS that Defendant shall file a response to Plaintiff's motion to continue the telephonic trial confirmation hearing no later than March 1, 2017.

IT IS SO ORDERED.

| Dated: | **February 21, 2017** | /s/ *Barbara A. McAuliffe* |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |