# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS,<br><br>                Plaintiff,<br><br>       v.<br><br>S. IBARRA,<br><br>                Defendant. | 1:14-cv-00009-BAM (PC)<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TELEPHONIC TRIAL CONFIRMATION HEARING AS MOOT AND VACATING ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION<br><br>(ECF Nos. 56, 57) |

Plaintiff Homer Earl Hawkins ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. A telephonic trial confirmation hearing is scheduled for March 22, 2017, and a trial is scheduled for June 6, 2017.

On February 17, 2017, Plaintiff filed a motion requesting that the Court extend the telephonic trial confirmation hearing. (ECF No. 56.) Finding a response to the motion necessary, on February 21, 2017, the Court directed Defendant to respond to Plaintiff's motion no later than March 1, 2017. (ECF No. 57.) To date, no response has been filed.

On February 24, 2017, the Court set this matter for a settlement conference before Magistrate Judge Stanley A. Boone on March 24, 2017. In light of the settlement conference, the telephonic trial confirmation hearing currently set for March 22, 2017, at 10:00 a.m. is HEREBY

CONTINUED to **April 12, 2017, at 10:00 a.m. in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe.

      Based on the continued telephonic trial confirmation hearing, Plaintiff's motion to extend the date for the telephonic trial confirmation hearing is now moot and a response to that motion is no longer necessary. Accordingly, Plaintiff's motion to extend the telephonic trial confirmation hearing is HEREBY DENIED as moot, and the Court's order directing Defendant to file a response to Plaintiff's motion by March 1, 2017, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **February 24, 2017**            /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE