1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

8
9
10
11

| | |
|---|---|
| HOMER EARL HAWKINS, | ) Case No.: 1:14-cv-00009-BAM (PC) |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S REQUEST FOR LEAVE TO FILE EXHAUSTION-BASED MOTION FOR SUMMARY JUDGMENT |
| v. | |
| S. IBARRA, | ) (ECF No. 64) |
| Defendant. | ) **Deadline: March 31, 2017** |

Plaintiff Homer Earl Hawkins ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action currently proceeds against Defendant S. Ibarra for excessive force in violation of the Eighth Amendment.  The action is scheduled for a settlement conference on March 24, 2017, and trial on June 6, 2017.

On December 8, 2014, the Court issued a Discovery and Scheduling Order, which set the deadline for filing a motion for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative remedies as March 8, 2015.  (ECF No. 20).

On March 10, 2017, Defendant Ibarra filed a request for leave to file an exhaustion based motion for summary judgment, along with an accompanying motion for summary judgment.  (ECF

1

No. 64).

As an initial matter, the Court finds it appropriate to address the request for leave to file an exhaustion-based motion for summary judgment after the relevant deadline.  Accordingly, Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's request for leave to file an exhaustion-based motion for summary judgment on or before **March 31, 2017**.

IT IS SO ORDERED.

Dated:   **March 15, 2017**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE