# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS,<br><br>            Plaintiff,<br><br>      v<br><br>S. IBARRA,<br><br>            Defendant. | Case No. 1:14-cv-00009-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SEVEN DAYS |

On March 24, 2014, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 24, 2017**

UNITED STATES MAGISTRATE JUDGE

1