# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOMER EARL HAWKINS, | ) | 1:14cv-00009-BAM (PC) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | (ECF No. 70) |
| S. IBARRA, | ) ) | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| Defendant. | ) ) ) | |

Plaintiff Homer Earl Hawkins ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 27, 2017, following a settlement conference, the parties filed a stipulation to dismiss this action in its entirety with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 70.)

Accordingly, the Court orders that:

1. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own litigation costs and attorneys' fees; and

2. The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated:   **March 28, 2017**           /s/ *Barbara A. McAuliffe*           
                                       UNITED STATES MAGISTRATE JUDGE