FILED
MAR 30 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>S. IBARRA,<br><br>    Defendant. | Case No.: 1:14-cv-00009-BAM (PC)<br><br>ORDER THAT INMATE HOMER EARL HAWKINS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

    Plaintiff Homer Earl Hawkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    A settlement conference in this matter commenced on March 24, 2017, inmate Homer Earl Hawkins CDCR Inmate No. C-55875, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 3/24/2017

_____
UNITED STATES MAGISTRATE JUDGE

1